UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AMANDA FLANNERY,

                                               Plaintiff,

      - against -

THE CITY OF ROCHESTER, a municipal entity, PAUL ROMANO, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,

                                               Defendants.

**NOTICE OF MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT**

Case no: 22-cv-6101

---

      Defendants City of Rochester ("City") and Paul Romano (collectively "City Defendants") move this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss the first, third, fourth, seventh, eighth, eleventh, twelfth, and thirteenth claims in the Amended Complaint of the above-entitled action for failure to state a claim for relief.

      In support of this motion the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibit attached, and the Memorandum of Law, all submitted herewith and made part of this motion. City Defendants reserve the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date:  March 3, 2022                      LINDA KINGSLEY
        Rochester, NY                     CORPORATION COUNSEL

                                                    By: _/s/ Peachie L. Jones_
                                                    Peachie L. Jones, Esq., Of Counsel
                                                    *Attorneys for City Defendants*
                                                    30 Church Street, Room 400A
                                                    Rochester, NY 14614
                                                    (585) 428-7992

To:    Elliot Dolby Shields, *Co-counsel for Plaintiff*
ROTH & ROTH LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020
eshields@RothandRothlaw.com

Donald Thompson, *Co-counsel for Plaintiff*
EASTON THOMPSON KASPEREK SHRIFFIN
16 West Main Street, Suite 243
Rochester, NY 14614
(585) 423-8290
dmthompson@etksdefense.com

Maria E. Rodi and Adam Clark
MONROE COUNTY LAW DEPARTMENT
307 County Office Building
39 West Main Street
Rochester, NY 14614
(585) 753-1495
MariaRodi@MonroeCounty.gov
AdamClark@MonroeCounty.gov