UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FLANNERY,<br><br>                                  Plaintiff,<br><br>   -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, PAUL ROMANO, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                  Defendants. | **NOTICE OF MOTION**<br><br>Case No. 22-cv-6101 |

| | |
|---|---|
| Motion By: | Defendants County of Monroe, Todd Baxter, and "Richard Roe" Monroe County Sheriff's Deputies 1-200 (the "County Defendants"). |
| Relief Requested: | An order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice, the Amended Complaint and each claim as against the County Defendants and such other and further relief as this Court deems proper. |
| Supporting Papers: | Notice of Motion; Declaration of Maria E. Rodi, Esq., dated April 30, 2022 with Exhibit A; and Memorandum of Law, dated April 30, 2022. |
| Grounds for Motion: | Failure to state a claim against the County Defendants. |
| Location: | United States Court House, 100 State Street, Rochester, New York 14614 |
| Opposing Papers: | Under Local Rule, Plaintiffs are required to file and serve opposing papers **fourteen (14) days** after the service of this motion, if the Court does not issue an order with an alternative deadline. The County Defendants intend to file and serve reply papers. |

April 30, 2022

John P. Bringewatt, Monroe County Attorney

s/ *Maria E. Rodi*
Maria E. Rodi, Senior Deputy County Attorney
39 W. Main Street, Room 307
Rochester, New York 14614
585.753.1495
mariarodi@monroecounty.gov

To:   All counsel of record *by ECF*